1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant KIBBEE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-00701-DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [] ORDER CONTINUING STATUS HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | ) | |
| BRENDA JO KIBBEE, | ) | |
| Defendant. | ) | |

**STIPULATION**

Defendant Brenda Jo Kibbee, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through United States Department of Justice Trial Attorney Matthew J Kluge, hereby stipulate that, with the Court's approval, the status hearing currently set for Thursday,  March 7, 2013, at 9:00 a.m., shall be continued to Thursday, May 2, 2013, at 9:00 a.m.

The reason for the requested continuance is defense counsel requires additional time to effectively prepare and review the voluminous discovery provided in this matter.  Accordingly, the parities therefore respectfully requests a continuance of the status hearing previously set in this matter to May 2, 2013.

Stipulation and [] Order Continuing
Hearing                                                                 1

1  Accordingly, the parties agree that the time between March 7, 2013, and May 2, 2013,
2  may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for
3  effective preparation by defense counsel.

4
Dated: March 1, 2013
5  _____/s/_____
   VARELL L. FULLER
6  Assistant Federal Public Defender

7
Dated: March 1, 2013                   _____/s/_____
8  MATTHEW J. KLUGE
   Trial Attorney, Tax Division
9  United States Department of Justice
//
10                              **[] ORDER**

11  GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY
12  ORDERED that the hearing currently set for Thursday, March 7, 2013, shall be continued to
13  Thursday, May 2, 2013, at 9:00 a.m.

14  THE COURT FINDS that failing to exclude the time between March 7, 2013, and May 2,
15  2013, would unreasonably deny the defendant reasonable time necessary for effective
16  preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§
17  3161(h)(7)(B)(iv).

18  THE COURT FINDS that the ends of justice served by excluding the time between
19  March 7, 2013, and May 2, 2013, from computation under the Speedy Trial Act outweigh the
20  interests of the public and the defendant in a speedy trial.

21  THEREFORE, IT IS HEREBY ORDERED that the time between March 7, 2013, and
22  May 2, 2013, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §
23  3161(h)(7)(A) and (B)(iv).

24  IT IS SO ORDERED.

25  Dated: ＨＤＥＦＨ   _____
   THE HONORABLE D. LOWELL JENSEN
26  United States District Judge