1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender                    E-FILING
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant KIBBEE

6

7                    IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                           SAN JOSE DIVISION

10

11  UNITED STATES OF AMERICA,        )   No. CR 12-00701-DLJ
                                     )
12                Plaintiff,         )   STIPULATION AND []
                                     )   ORDER CONTINUING STATUS
13  vs.                              )   HEARING DATE AND EXCLUDING
                                     )   TIME UNDER THE SPEEDY TRIAL ACT
14  BRENDA JO KIBBEE,                )
                                     )
15                Defendant.         )
    _____)

16

17                              **STIPULATION**

18         Defendant Brenda Jo Kibbee, by and through Assistant Federal Public Defender Varell L.

19  Fuller, and the United States, by and through United States Department of Justice Trial Attorney

20  Matthew J Kluge, hereby stipulate that, with the Court's approval, the status hearing currently

21  set for Thursday,  May 2, 2013, at 9:00 a.m., shall be continued to Thursday, June 6, 2013, at

22  9:00 a.m.

23         The reason for the requested continuance is defense counsel requires additional time to

24  effectively prepare and review the voluminous discovery provided in this matter.  Accordingly,

25  the parities therefore respectfully requests a continuance of the status hearing previously set in

26  this matter to June 6, 2013.

1    Accordingly, the parties agree that the time between May 2, 2013, and June 6, 2013, may

2   be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective

3   preparation by defense counsel.

4
Dated:  May 1, 2013
5                                                    _____/s/_____
                                                     VARELL L. FULLER
6                                                    Assistant Federal Public Defender

7
Dated:  May 1, 2013                                  _____/s/_____
8                                                    MATTHEW J. KLUGE
                                                     Trial Attorney, Tax Division
9                                                    United States Department of Justice
//
10                                    **[] ORDER**

11    GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

12   ORDERED that the hearing currently set for Thursday, May 2, 2013, shall be continued to

13   Thursday, June 6, 2013, at 9:00 a.m.

14    THE COURT FINDS that failing to exclude the time between May 2, 2013, and June 6,

15   2013, would unreasonably deny the defendant reasonable time necessary for effective

16   preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §§

17   3161(h)(7)(B)(iv).

18    THE COURT FINDS that the ends of justice served by excluding the time between May

19   2, 2013, and June 6, 2013, from computation under the Speedy Trial Act outweigh the interests

20   of the public and the defendant in a speedy trial.

21    THEREFORE, IT IS HEREBY ORDERED that the time between May 2, 2013, and June

22   6, 2013, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §

23   3161(h)(7)(A) and (B)(iv).

24    IT IS SO ORDERED.

25   Dated:  _____

                                                     _____
26                                                   THE HONORABLE D. LOWELL JENSEN
                                                     United States District Judge