STEVEN G. KALAR
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant KIBBEE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00701-DLJ |
| | ) | |
| Plaintiff, | ) | AMENDED STIPULATION AND |
| | ) | ] ORDER CONTINUING |
| vs. | ) | STATUS HEARING DATE TO MAY 30, |
| | ) | 2013 AND EXCLUDING TIME UNDER |
| BRENDA JO KIBBEE, | ) | THE SPEEDY TRIAL ACT |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION

Defendant Brenda Jo Kibbee, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through United States Department of Justice Trial Attorney Matthew J Kluge, hereby stipulate that, with the Court's approval, the status hearing currently set for Thursday,  May 2, 2013, at 9:00 a.m., shall be continued to Thursday, May 30, 2013, at 9:00 a.m.

This stipulation amends the previously filed stipulation and proposed order continuing the May 2, 2013, status hearing date to June 6, 2013. *See* Docket Item # 20.  The reason for the requested continuance is defense counsel requires additional time to effectively prepare and review the voluminous discovery provided in this matter.  Accordingly, the parities therefore

respectfully requests a continuance of the status hearing previously set in this matter to May 30, 2013.

Accordingly, the parties agree that the time between May 2, 2013, and May 30, 2013, may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation by defense counsel.

Dated:  May 1, 2013

                                                  _____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated:  May 1, 2013                        _____/s/_____
MATTHEW J. KLUGE
Trial Attorney, Tax Division
United States Department of Justice

//
//
//
//
//
//
//

## [] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Thursday, May 2, 2013, shall be continued to Thursday, May 30, 2013, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between May 2, 2013, and May 30, 2013, would unreasonably deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §§ 3161(h)(7)(B)(iv).

THE COURT FINDS that the ends of justice served by excluding the time between May 2, 2013, and May 30, 2013, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

1    THEREFORE, IT IS HEREBY ORDERED that the time between May 2, 2013, and May
2 30, 2013, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §
3 3161(h)(7)(A) and (B)(iv).
4    IT IS SO ORDERED.
5 Dated: í Œì Ðн

_____
THE HONORABLE D. LOWELL JENSEN
United States District Judge

Stipulation and [] Order Continuing
Hearing                                3