1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  55 South Market, Suite 820
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant KIBBEE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-00701-DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING STATUS DATE TO AUGUST 14, 2014 |
| vs. | ) | |
| BRENDA JO KIBBEE, | ) | |
| Defendant. | ) | |

## **STIPULATION**

The parties, through their respective counsel, hereby stipulate and agree, subject to the Court's approval, that the sentencing hearing status date set in this matter for Thursday, July 10, 2014, at 10:00 a.m., be continued to Thursday, August 14, 2014 at 10:00 a.m.

Ms. Kibbee has entered a plea pursuant to Rule 11(c)(1)(A) and 11(c)(1)(B) of the Federal Rule of Criminal procedure to one count of failure to pay tax on wine, in violation of 26 U.S.C. § 5561(a).  A sentencing hearing status date is presently set in this matter for July 10, 2014. The parties respectfully requests the current sentencing hearing date be continued because defense counsel needs additional time to prepare for the sentencing hearing.  United States Probation Officer Insa Bel'Ochi is unopposed to the requested continuance.  Accordingly, the

Stipulation and [] Order Continuing
Hearing                                              1

1 parties respectfully request the sentencing hearing date be continued to August 14, 2014.

3 Dated: July 3, 2014

4 _____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

6 Dated: July 3, 2014        _____/s/_____
MATTHEW KLUGE
7 Trial Attorney, Tax Division
United States Department of Justice

**[] ORDER**

GOOD CAUSE APPEARING, and by stipulation of the parties, it is HEREBY ORDERED that the sentencing hearing status date set for Thursday, July 10, 2014 at 10:00 a.m., is continued to Thursday, August 14, 2014, at 10:00 a.m.

IT IS SO ORDERED.

Dated: ï Ð ÐŦï         _____
THE HONORABLE D. LOWELL JENSEN
United States District Court Judge

Stipulation and [] Order Continuing
Hearing                                              2