STEVEN G. KALAR
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant KIBBEE

**FILED**

DEC 12 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00701-DLJ |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO EXTEND SELF-** |
| v. | ) | **SURRENDER DATE; [PROPOSED]** |
| | ) | **ORDER** |
| | ) | |
| BRENDA JO KIBBEE, | ) | Honorable Beth Labson Freeman |
| | ) | |
| Defendant. | ) | DUTY JUDGE |
| | ) | |

**STIPULATION**

Defendant Brenda Jo Kibbee, by and through Assistant Federal Public Defender Varell L.

Fuller and the United States, by and through United States Department of Justice Trial Attorney

Matthew J. Kluge, hereby stipulate that, with the Court's approval, the defendant's December

16, 2014, self-surrender, may be extended to January 27, 2015.

The defendant, Ms. Kibbee was sentenced to 9-months in custody following her guilty

plea to failure to pay excise tax on wine, in violation of 26 U.S.C. § 5661(a). The Court ordered

her to self-surrender by 2:00 p.m. on December 16, 2014, to her BOP facility or to the San Jose

Marshal's Office.   Counsel for Ms. Kibbee is reasonably advised that the reason for the

requested extension is Ms. Kibbee respectfully request that she be permitted additional time to

STIPULATION TO EXTEND SURRENDER
DATE; [PROPOSED] ORDER                    1

1   assist her oldest daughter with the birth of her child and to complete the training of her

2   replacement at her place of employment.

3          For the foregoing reasons, the parties stipulate that her self surrender date may be

4   extended and respectfully ask that the Court extend Ms. Kibbee's self-surrender date to January

5   27, 2015.  Ms. Kibbee remains under Pretrial Services supervision and has been compliant with

6   all pretrial release conditions as ordered.  Counsel for Ms. Kibbee has consulted with Pretrial

7   Services Officer Carol Mendoza, who supervises Ms. Kibbee, and she has no objection to the

8   requested extension.

9          Accordingly, it is respectfully requested that the Court extend Ms. Kibbee's self-

10  surrender date to January 27, 2015.

11         IT IS SO STIPULATED.

12  Dated: December 10, 2014

13                                          _____/s/_____
                                            VARELL L. FULLER
                                            Assistant Federal Public Defender

14

15  Dated: December 10, 2014

16                                          _____/s/_____
                                            MATTHEW J. KLUGE
17                                          Trial Attorney, Tax Division
                                            United States Department of Justice

18

19

20

21

22

23

24

25

26

STIPULATION TO EXTEND SURRENDER
DATE; [PROPOSED] ORDER                          2

1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11
UNITED STATES OF AMERICA,              )    No. 12-00701-DLJ
12                                      )
                    Plaintiff,          )    [PROPOSED] ORDER EXTENDING
13                                      )    SELF-SURRENDER DATE
vs.                                     )
14                                      )
BRENDA JO KIBBEE,                       )
15                                      )    Honorable Beth Labson Freeman
                    Defendants.         )
16 _____ )

17        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Ms. Kibbee's self-

18 surrender date is hereby extended from December 16, 2014, to January 27, 2015.  IT IS

19 FURTHER ORDERED, that she shall surrender for service of the sentence previously imposed

20 in this matter by 2:00 p.m. on January 27, 2015, to the BOP facility to which she has been

21 designated or the San Jose United States Marshal's Office.

22        IT IS SO ORDERED.

23

24 Dated: Dec 12, 2014          _____
                                     HON. BETH LABSON FREEMAN
25                                   United States District Court Judge

26

STIPULATION TO EXTEND SURRENDER
DATE; [PROPOSED] ORDER                    3